IN THE UNITED STATES DISTRICT COURT
WESTERN OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **SHELLY SIMPSON**<br>*Plaintiff,*<br><br>vs.<br><br>**VINAY KUMAR AND 6350658 CANADA INC D/B/A VELOCITY TRANSPORT,**<br>*Defendants.* | § § § § § § § § § § § § § § § § | **CIVIL CASE NO. 1-25-cv-02087**<br><br>**JURY TRIAL REQUESTED** |

## INDEX OF STATE COURT PAPERS

1. Plaintiff's Original Petition

2. Request for Issuance of Process – Vinay Kumar

3. Request for Issuance of Process – 6350658 Canada Inc dba Velocity Transport

3. Judge's Civil Docket

# EXHIBIT A

84702477;1

FILED
9/30/2025 10:01 AM
Amanda K. Calvert
District Clerk
Hays County, Texas

CAUSE NO. 25-2875-DCA _____

| | |
|---|---|
| **SHELLY SIMPSON** | **IN THE DISTRICT COURT** |
| **v.** | **HAYS COUNTY, TEXAS** |
| **VINAY KUMAR AND 6350658 CANADA INC D/B/A VELOCITY TRANSPORT** | **\_\_\_\_ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Shelly Simpson files Plaintiff's Original Petition against Defendant Vinay Kumar and 6350658 Canada Inc d/b/a Velocity Transport and for cause of action will show as follows:

## DISCOVERY CONTROL PLAN

**1.** Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4.

## PARTIES

**2.** Plaintiff Shelly Simpson is an individual residing in Burnet County, Texas.

**3.** Defendant 6350658 Canada Inc d/b/a Velocity Transport is a company in Ontario, Canada. Defendant 6350658 Canada d/b/a Velocity Transport may be served with service of process: **285 Main St N, Acton, ON, L7J 1W7, Canada.**

**4.** Defendant Vinay Kumar is an individual relevant to this lawsuit. He may be served with process at his usual place of employment or wherever he may be found: **285 Main St N, Acton, ON, L7J 1W7, Canada.**

## VENUE

5. Venue is proper in Hays County, Texas under Texas Civil Practice & Remedies Code §15.002 because it is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred.

## FACTS

6. This case involves a collision that occurred on or about June 28, 2024.

7. The incident occurred on Interstate Highway 35 in Buda, Texas.

8. The incident occurred at approximately 1:21PM.

9. Defendant Vinay Kumar was traveling SB on Interstate Highway 35 in lane number 2.

10. Plaintiff Shelly Simpson was traveling SB in lane number 3.

11. Defendant made an unsafe lane change from lane 2 to lane 3 and hit Plaintiff's vehicle on the left rear quarter panel.

12. This caused Plaintiff to turn into Defendant, causing complete left-sided damage to Plaintiff.

13. The manner in which the collision occurred is consistent with fatigue, violations of the hours-of-service regulations, distracted driving, improper training, and improper supervision.

14. As a result of the collision, Plaintiff Shelly Simpson has suffered severe injuries.

15. At all times relevant, Defendant Vinay Kumar was driving the vehicle while in the course and scope of his employment with Defendant 6350658 Canada Inc d/b/a Velocity Transport.

## VICARIOUS LIABILITY

16. At all times relevant, Defendant Vinay Kumar was an agent, servant and/or employee of Defendant 6350658 Canada Inc d/b/a Velocity Transport and was acting within the scope of authority and for the benefit of Defendant 6350658 Canada Inc d/b/a Velocity Transport.

17. As a result, Defendant 6350658 Canada Inc d/b/a Velocity Transport is liable for Defendant Vinay Kumar's negligent actions and inactions under the doctrine of *respondeat superior* and/or the statutory employment doctrine.

## CAUSES OF ACTION

18. At all times relevant, Defendant Vinay Kumar was negligent in his operation of the vehicle, and this negligence caused Plaintiff's injuries and damages.

19. At all times relevant, Defendant Vinay Kumar owed Plaintiff and the public at large duties of care to operate the commercial vehicle in a reasonably safe manner and to know of and abide by all laws and industry standards governing the safe operation of commercial motor vehicles.

20. Defendant Vinay Kumar breached these duties in one or more of, but not limited to, the following ways:

    20.1.   Failing to keep a proper lookout;

    20.2.   Driving while distracted;

    20.3.   Driving while fatigued;

    20.4.   Failing to maintain control of the commercial motor vehicle;

**20.5.** Failing to appropriately manage the space around his commercial motor vehicle;

**20.6.** Failing to make sure the lane of traffic was clear before attempting to enter the lane;

**20.7.** Failing to safely change lanes; and

**20.8.** Failing to operate the commercial motor vehicle the way a prudent truck driver would have under the same or similar circumstances or doing that which a truck driver of ordinary prudence would not have done under the same or similar circumstances.

21. Each of these acts and omissions constitutes a direct and proximate cause of Plaintiff's injuries and damages.

22. These acts or omissions, when viewed objectively from Defendant Vinay Kumar's standpoint at the time they occurred, involved an extreme degree of risk, considering the probability and magnitude of potential harm to others.

23. Defendant Vinay Kumar had actual, subjective awareness of the risks but proceeded with conscious indifference to the rights, safety, and welfare of others.

24. At all times relevant, Defendant 6350658 Canada Inc d/b/a Velocity Transport had a non-delegable duty to ensure that its drivers and vehicles were reasonably safe and complied with all laws and industry standards concerning the safe operation and maintenance of its commercial motor vehicles.

25. At all times relevant, Defendant 6350658 Canada Inc d/b/a Velocity Transport owed Plaintiff and the public at large a duty of care that Defendant 6350658 Canada

Inc d/b/a Velocity Transport may have breached in one or more of, but not limited to, the following ways:

25.1. Failing to determine whether Defendant Vinay Kumar was competent to be hired;

25.2. Failing to adequately supervise Defendant Vinay Kumar;

25.3. Failing to adequately train Defendant Vinay Kumar;

25.4. Failure to adequately maintain its commercial motor vehicle;

25.5. Failing to remain knowledgeable about Defendant Vinay Kumar's competence and fitness to operate a commercial motor vehicle;

25.6. Entrusting a commercial motor vehicle to Defendant Vinay Kumar when it knew or should have known that he was a reckless, incompetent, or unlicensed driver;

25.7. Failing to have adequate policies and procedures to ensure the safe operation of its commercial motor vehicles; and

25.8. Failing to promote and enforce systems and procedures for the safe operation of motor vehicles and thus, creating a zone and culture of risk that constituted a dangerous mode of operation reasonably anticipated to cause injury and/or death to the traveling public, including Plaintiff.

26. Each of these acts and omissions constitutes a direct and proximate cause of Plaintiff's injuries and damages.

27. These acts or omissions, when viewed objectively from Defendant 6350658 Canada Inc d/b/a Velocity Transport's standpoint at the time they occurred, involved an

extreme degree of risk, considering the probability and magnitude of potential harm to others.

28. Defendant 6350658 Canada Inc d/b/a Velocity Transport had actual, subjective awareness of the risks but proceeded with conscious indifference to the rights, safety, and welfare of others.

## DAMAGES

29. As a direct and proximate result of the Defendants' wrongful acts and/or omissions described above, Plaintiff suffered severe injuries.

30. As a result of these injuries, Plaintiff seeks the following damages:

   30.1. Medical expenses in the past and future;

   30.2. Loss of earning capacity in the past and future;

   30.3. Physical impairment in the past and future;

   30.4. Physical pain suffering in the past and future; and

   30.5. Mental anguish in the past and future.

31. Plaintiff also seeks exemplary damages.

32. Plaintiff seeks damages in an amount within the jurisdictional limits of the Court.

## RULE 47 CLAIM FOR RELIEF

33. Plaintiff submits this claim for relief as required by Rule 47 of the Texas Rules of Civil Procedure.

34. Plaintiff requests that the jury determine what is fair and reasonable compensation for Plaintiff's injuries and damages.

35. Because of the nature of Plaintiff's injuries and Defendants' negligence, Plaintiff states, as required by Rule 47 of the Texas Rules of Civil Procedure, that Plaintiff seeks monetary relief over $1,000,000.

## JURY DEMAND

36. Plaintiff demands a jury trial.

37. Plaintiff has tendered the appropriate fee for a jury trial.

## CONDITIONS PRECEDENT

38. All conditions precedent to Plaintiff's claims for relief have been performed or have occurred.

## PRAYER

39. For these reasons, Plaintiff asks that the Court issue citation for Defendant 6350658 Canada Inc d/b/a Velocity Transport and Defendant Vinay Kumar to appear and answer.

40. Plaintiff further asks that Plaintiff be awarded a judgment against Defendant 6350658 Canada Inc d/b/a Velocity Transport and Defendant Vinay Kumar for the following:

    40.1. Actual damages;

    40.2. Exemplary damages;

    40.3. Pre-judgment and post-judgment interest;

    40.4. Court costs; and

    40.5. All other relief to which Plaintiff is justly entitled.

                Respectfully submitted,

By:   */s/ Nathaniel Mack III*
       Nathaniel Mack III
       Texas Bar No. 24078896
       MACK INJURY ATTORNEYS
       8023 Vantage Dr, Suite 690
       T (210) 333-6225
       F (210) 855-3152
       Email for Service: service@macktexaslaw.com
       Email: nmack@macktexaslaw.com

**ATTORNEYS FOR PLAINTIFF**
**SHELLY SIMPSON**

FILED
10/1/2025 10:59 AM
Amanda K. Calvert
District Clerk
Hays County, Texas



# AMANDA K. CALVERT
Hays County District Clerk

Hays County Government Center   712 S. Stagecoach Trail #2211   San Marcos, Texas 78666
PHONE (512) 393-7660     FAX (512)393-7674

ISSUANCE OF PROCESS INSTRUCTIONS
CAUSE NUMBER: 25-2875-DCA

**TYPE OF PROCESS:**
☑ Citation          ☐ Citation by Posting         ☐ Temporary Restraining Order
☐ Citation by Publication (Please indicate which newspaper below)
☐ Temporary Injunction    ☐ Permanent Injunction    ☐ Show Cause Notice
☐ Precept    ☐ Appl. and Temp Ex Parte Protective Order    ☐ Capias
☐ Writ of Attachment (person)    ☐ Writ of Habeas Corpus    ☐ Writ of Sequestration
☐ Writ of Garnishment    ☐ Civil Subpoena    ☐ Criminal Subpoena
☐ Scire Facias  (Death of Plaintiff)  (Death of Defendant)  (Revive Dormant Judgment)
☐ Other _____(Do not request post judgment remedies on this form, use other form (Execution, Orders of Sale, Abstracts)

**TYPE OF SERVICE:**
☐    Attorney will pick up (Place in Attorney Box)
☐    Runner/Process Server will pick up (Place in pick up box)
☑    E-Mail to Attorney's Office/Requesting Party: service@macktexaslaw.com
☐    Mail to Attorney's Office/Requesting Party
☐    Forward to Constable's Office (Circle one)  Precinct -  1   2   3   4   5
     (**Service Fee and Copy or Copy Fee Required**)
☐    Serve by Certified Mail **Service Fee and Copy or Copy Fee Required**
☐    Publication (Circle one)  Hays Free Press    San Marcos Daily Record    OCA
     (*Service Fee Required*) **Brief Statement of Suit Required** (use reverse side)
☐    Posting at Courthouse Door (*Service fee/copy fee required*)
     **Brief Statement of Suit Required** (use reverse side)

TITLE OF DOCUMENT TO BE SERVED AND FILE DATE: Plaintiff's Original Petition; date filled on 9/30/2025

PARTY TO BE SERVED: (Please fill out a new request form per party to be served)
**Do not complete this section if requesting Criminal / Civil Subpoena**
NAME/AGENT: Vinay Kumar

ADDRESS: 285 main st. N, Acton, ON, L7J 1W7, Canada

CITY/STATE/ZIP: _____

SIGNATURE OF PARTY REQUESTING SERVICE: Nathaniel Mack, III
PHONE NUMBER: (210) 333-6225     E-MAIL: nmack@macktexaslaw.com

**\*\*IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, IT WILL BE DESTROYED\*\*\*\***

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nathaniel Mack on behalf of Nathaniel Mack III
Bar No. 24078896
nmack@macktexaslaw.com
Envelope ID: 106304956
Filing Code Description: Request
Filing Description: Request for ServiceProcess
Status as of 10/1/2025 4:22 PM CST

Associated Case Party: SHELLY SIMPSON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nathaniel Mack | | nmack@macktexaslaw.com | 10/1/2025 10:59:01 AM | SENT |

Copy from re:SearchTX



FILED
10/1/2025 11:01 AM
Amanda K. Calvert
District Clerk
Hays County, Texas

# AMANDA K. CALVERT
Hays County District Clerk

Hays County Government Center   712 S. Stagecoach Trail #2211   San Marcos, Texas 78666
PHONE (512) 393-7660   FAX (512)393-7674

ISSUANCE OF PROCESS INSTRUCTIONS
CAUSE NUMBER: 25-2875-DCA

**TYPE OF PROCESS:**
☑ Citation   ☐ Citation by Posting   ☐ Temporary Restraining Order
☐ Citation by Publication (Please indicate which newspaper below)
☐ Temporary Injunction   ☐ Permanent Injunction   ☐ Show Cause Notice
☐ Precept   ☐ Appl. and Temp Ex Parte Protective Order   ☐ Capias
☐ Writ of Attachment (person)   ☐ Writ of Habeas Corpus   ☐ Writ of Sequestration
☐ Writ of Garnishment   ☐ Civil Subpoena   ☐ Criminal Subpoena
☐ Scire Facias (Death of Plaintiff) (Death of Defendant) (Revive Dormant Judgment)
☐ Other _____ (Do not request post judgment remedies on this form, use other form (Execution, Orders of Sale, Abstracts)

**TYPE OF SERVICE:**
☐   Attorney will pick up (Place in Attorney Box)
☐   Runner/Process Server will pick up (Place in pick up box)
☑   E-Mail to Attorney's Office/Requesting Party: Service@macktexaslaw.com
☐   Mail to Attorney's Office/Requesting Party
☐   Forward to Constable's Office (Circle one) Precinct -  1  2  3  4  5
    (**Service Fee and Copy or Copy Fee Required**)
☐   Serve by Certified Mail **Service Fee and Copy or Copy Fee Required**
☐   Publication (Circle one) Hays Free Press   San Marcos Daily Record   OCA
    (*Service Fee Required*) **Brief Statement of Suit Required** (use reverse side)
☐   Posting at Courthouse Door (*Service fee/copy fee required*)
    **Brief Statement of Suit Required** (use reverse side)

TITLE OF DOCUMENT TO BE SERVED AND FILE DATE: Plaintiff's Original Petition; filed on 9/30/2025

PARTY TO BE SERVED: (Please fill out a new request form per party to be served)
**Do not complete this section if requesting Criminal / Civil Subpoena**
NAME/AGENT: 6350656 Canada d/b/a Velocity Transport
ADDRESS: 285 main st. N, Acton, ON, L7J 1W7, Canada
CITY/STATE/ZIP: _____

SIGNATURE OF PARTY REQUESTING SERVICE: Nathaniel Mack, III
PHONE NUMBER: (210) 333-6225   E-MAIL: nmack@macktexaslaw.com

**IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, IT WILL BE DESTROYED****

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nathaniel Mack on behalf of Nathaniel Mack III
Bar No. 24078896
nmack@macktexaslaw.com
Envelope ID: 106305398
Filing Code Description: Request
Filing Description: Request for Process
Status as of 10/1/2025 4:24 PM CST

Associated Case Party: SHELLY SIMPSON

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Nathaniel Mack | | nmack@macktexaslaw.com | 10/1/2025 11:01:16 AM | SENT |

Copy from re:SearchTX

# REGISTER OF ACTIONS
## CASE NO. 25-2875-DCA

| | | |
|---|---|---|
| SHELLY SIMPSON VS VINAY KUMAR AND 6350658 CANADA INC D/B/A VELOCITY TRANSPORT | § § § § | Case Type: **Injury or Damage - Motor Vehicle**<br>Date Filed: **09/30/2025**<br>Location: **22nd District Court** |

---

### PARTY INFORMATION

| | | | Lead Attorneys |
|---|---|---|---|
| **Defendant** | 6350658 CANADA INC D/B/A VELOCITY TRANSPORT | | |
| **Defendant** | KUMAR, VINAY | | |
| **Plaintiff** | SIMPSON, SHELLY<br>8023 Vantage Dr. Suite 690<br>San Antonio, TX 78230 | | Nathaniel Mack, III<br>*Retained*<br>210-333-6225(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/30/2025 | **Court's Docket Sheet** |
| 09/30/2025 | **Original Petition (Open Case)**<br>*PLAINTIFFS ORIGINAL PETITION* |
| 10/01/2025 | **Request for Issuance of Process**<br>*Vinay Komar* |
| 10/01/2025 | **Request for Issuance of Process**<br>*6350658 Canada* |
| 10/02/2025 | **Citation**<br>   KUMAR, VINAY                                                          Unserved<br>   6350658 CANADA INC D/B/A VELOCITY TRANSPORT   Unserved |

---

### FINANCIAL INFORMATION

**Plaintiff** SIMPSON, SHELLY
Total Financial Assessment                                                                                         366.00
Total Payments and Credits                                                                                         366.00
**Balance Due as of 12/19/2025                                                                                   0.00**

| Date | Description | | Party | Amount |
|---|---|---|---|---|
| 09/30/2025 | Transaction Assessment | | | 350.00 |
| 09/30/2025 | Texfile Electronic Payment | Receipt # 380343-DC | SIMPSON, SHELLY | (213.00) |
| 09/30/2025 | State Credit | | | (137.00) |
| 10/01/2025 | Transaction Assessment | | | 8.00 |
| 10/01/2025 | Texfile Electronic Payment | Receipt # 380453-DC | SIMPSON, SHELLY | (8.00) |
| 10/01/2025 | Transaction Assessment | | | 8.00 |
| 10/01/2025 | Texfile Electronic Payment | Receipt # 380454-DC | SIMPSON, SHELLY | (8.00) |